PEOPLE v AGAPITO PASCUAL, Defendant.—Motion to extend time to take appeal denied with leave to renew in 30 days upon the submission of facts, rather than conclusions, as required by CPL 460.30 (2). Present—Boomer, J. P., Green, Pine, Balio and Davis, JJ.